UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LONNIE L. PARKER #200008,

    Plaintiff,

v.

                           File no: 2:17-CV-102

                           HON. ROBERT J. JONKER

UNKNOWN KELLER, et al.,

    Defendants.
                              /

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on April 22, 2019 (ECF No. 58). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 58) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Trinity Defendant's motion to quash service and Dismiss for Insufficient Service of Process (ECF No. 48) is **GRANTED IN PART AND DENIED IN PART**. The motion to quash service is **GRANTED**. The motion to dismiss the complaint with prejudice is **DENIED**.

**IT IS FURTHER ORDERED** that TKC Holdings, Inc. shall provide the U.S. Marshals with the last known addresses of Defendants Keller and Lovin and notify the Court when it has done so.

**IT IS FURTHER ORDERED** that the deadline to serve the complaint shall be extended ninety (90) days after TKC Holdings, Inc. has notified the Court that it has provided the information to the U.S. Marshals.

Date:   May 15, 2019                       /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  CHIEF UNITED STATES DISTRICT JUDGE